IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01727-PSF-BNB

DIANA LOPEZ,

      Plaintiff,

v.

CITY OF CANON CITY;
CANON CITY POLICE DEPARTMENT; and
CORNELL,

      Defendants.

---

## *SUA SPONTE* ORDER OF COURT

---

      It has come to the attention of the Court that plaintiff's counsel, Mr. Kirk P.

Brown, has been suspended from practice before this Court.  Plaintiff, by direct mailing

to her at the address that appears on the complaint, is directed to notify the Court

within 14 days whether she will retain new counsel to represent her in this case, or

appear *pro se*.  The plaintiff's time to respond to the pending motions to dismiss filed by

defendants (Dkt. ## 3 and 5) is stayed for the 14-day period.

      DATED:  September 21, 2006

                            BY THE COURT:

                            *s/ Phillip S. Figa*
                            _____
                            Phillip S. Figa
                            United States District Judge