IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 06-cv-01727-PSF-BNB

DIANA LOPEZ,

Plaintiff,

v.

CITY OF CANON CITY;
CANON CITY POLICE DEPARTMENT; and
CORNELL,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The defendants had prepared and submitted a form of scheduling order, but the plaintiff failed to provide any input into the proposed scheduling order. In addition, I note that the district judge entered an *Order* [Doc. # 7, filed 9/21/2006] indicating that the plaintiff's lawyer, Kirk P. Brown, has been suspended from the bar of this court and requiring the plaintiff, on or before October 5, 2006, to notify the court whether she will retain new counsel or pursue the case *pro se*. I provided a copy of the *Order* to the plaintiff at the hearing this morning. The plaintiff confirmed that her address is 1423 Poplar Avenue, Canon City, Colorado 81212.

IT IS ORDERED that a supplemental scheduling conference is set for **November 28, 2006, at 4:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The plaintiff is directed to cooperate with defense counsel and to

provide to them the information required from her to complete the scheduling order. A revised form of scheduling order shall be provided to the court on or before **November 24, 2006**.

IT IS FURTHER ORDERED that the Clerk of the Court shall cause a copy of this Order to be served on the plaintiff at her address at 1423 Poplar Avenue, Canon City, Colorado 81212.

Dated October 19, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge