IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-cv-01727-PSF-BNB

DIANA LOPEZ,

    Plaintiff,

vs.

CITY OF CANON CITY;
CANON CITY POLICE DEPARTMENT; and
CORNELL,

    Defendants.

### ORDER DISMISSING CITY DEFENDANTS WITH PREJUDICE

The Court, having reviewed the parties' Stipulated Motion to Dismiss City Defendants with Prejudice (Dkt. # 15), having reviewed the file, and being fully advised,

Hereby ORDERS that said motion is GRANTED and that plaintiff's claims against Defendants City of Canon City and Canon City Police Department are DISMISSED WITH PREJUDICE, each party to pay her or its own costs and fees.

IT IS FURTHER ORDERED that plaintiff's claims against Defendant Cornell are still active and pending.

IT IS FURTHER ORDERED that City of Canon City and Canon City Police Department shall be removed from the case caption as party defendants.

DATED:  November 27, 2006    BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge