IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01727-PSF-BNB

DIANA LOPEZ,

Plaintiff,

v.

CORNELL COMPANIES, INC.,

Defendant.
_____

**ORDER**
_____

The parties appeared this afternoon for a scheduling conference. In addition to entering a scheduling order, I granted the parties oral motion to modify the case caption to accurately reflect the identity of the sole remaining defendant. I also granted the plaintiff's unopposed motion for a 20 day extension of time to respond to the plaintiff's motion to dismiss. Consistent with my oral rulings this afternoon:

IT IS ORDERED that the case caption is modified as reflected above. All future filings shall bear this modified caption.

IT IS FURTHER ORDERED that the plaintiff shall have to and including **December 18, 2006**, within which to respond to *Defendant Cornell's Motion to Dismiss* [Doc. # 5, filed 9/12/2006].

Dated November 29, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge