IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01727-PSF-BNB

DIANA LOPEZ,

Plaintiff,

v.

CORNELL COMPANIES, INC.,

Defendant.
_____

# ORDER
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for reasons stated on the record. Consistent with matters discussed this morning:

IT IS ORDERED that the case schedule is modified to the following extent:

**Discovery Cut-Off:**                      **August 10, 2007**

**Final Pretrial Conference:** A supplemental final pretrial conference will be held in this case on **August 31, 2007, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A revised proposed Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **August 24, 2007**.

**Settlement Conference:** A settlement conference is set for **September 12, 2007, at 3:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Counsel and a client representative with full settlement authority shall be present at the Settlement Conference in person. (NOTE: An insurance adjustor with full

authority to enter into a settlement agreement must be present in person at the Settlement Conference if any claim is subject to insurance coverage.)  This requirement is not satisfied by the presence of counsel only.  Each party shall submit on or before **September 5, 2007**, a brief Confidential Settlement Statement outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the party is will accept or pay in settlement and any other essential terms of a settlement.

IT IS FURTHER ORDERED THAT ALL SETTLEMENT CONFERENCES THAT OCCUR BEFORE THE MAGISTRATE JUDGE ARE CONFIDENTIAL.

Dated June 25, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge