IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01727-PSF-BNB

DIANA LOPEZ,

    Plaintiff,

v.

CORNELL COMPANIES, INC.,

    Defendant.

## ORDER SETTING CASE FOR TRIAL

The above-captioned matter has been scheduled for a **three-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **Wednesday, June 11, 2008 at 9:00 a.m.**

A Final Trial Preparation Conference is set for **Friday, May 30, 2008 at 9:00 a.m.**  The parties are expected to be fully prepared for trial at that time.  **Lead counsel who will try the case shall attend in person, unless a written motion for alternative appearance is filed with the Court .**

    DATED:  October 17, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge