IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-01727-RPM-BNB

DIANA LOPEZ,

        Plaintiff,

v.

CORNELL COMPANIES, INC.,

        Defendant.
_____

ORDER VACATING TRIAL DATE AND SETTING NEW PRETRIAL CONFERENCE
_____

        This civil action was reassigned following the death of Judge Figa. The trial date set for June 11, 2008, is in conflict with this Court's trial schedule and must be vacated. The pretrial order entered by Magistrate Judge Boland on August 31, 2007, does not meet this Court's expectations under Fed.R.Civ.P. 16 with respect to stipulations of fact and uncertainty with respect to the may call witnesses. A new pretrial conference will be convened and at that time the trial date will be reset. It is therefore

        ORDERED that the trial date of June 11, 2008, and the date for final pretrial preparation conference on May 30, 2008, are vacated and it is

        FURTHER ORDERED that a new pretrial conference will be convened on **January 30, 2008, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **January 24, 2008.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: January 10, 2008

BY THE COURT:
s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge