IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-01727-RPM

DIANA LOPEZ,

    Plaintiff,

v.

CORNELL COMPANIES, INC.,

    Defendant.

___

ORDER SETTING TRIAL DATE

___

Pursuant to the pretrial conference convened today, it is

ORDERED that this matter is set for trial to jury on **June 16, 2008, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Proposed instructions and voir dire must be submitted in paper format directly to chambers by **June 11, 2008, at 4:00 p.m.** Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: January 30, 2008

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge