IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-cv-01727-RPM

DIANA LOPEZ,

    Plaintiff,

v.

CORNELL COMPANIES, INC.,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the hearing which began on June 16, 2008, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 17th day of June, 2008.

BY THE COURT:

_____
Richard P. Matsch, Judge
United States District Court

APPROVED AS TO FORM:

_____      _____
ATTORNEY FOR PLAINTIFF                    ATTORNEY FOR DEFENDANT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 18 2008

GREGORY C. LANGHAM
CLERK